1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

David Weisberg

             Plaintiff,

v.

Main Street Finance Group, LLC

             Defendants.

Case No.  CV 19-02345-AB (AFMx)

ORDER DISMISSING CIVIL ACTION

     THE COURT having been advised by counsel that the above-entitled action has been settled;

     IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  July 23, 2019

                           _____

                    ANDRE BIROTTE JR.
                    UNITED STATES DISTRICT JUDGE